UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAYLA REZVAN,             CASE NO. 15-cv-04767-HSG
        Plaintiff(s),

    v.              STIPULATION AND [PROPOSED]
                ORDER SELECTING ADR PROCESS
PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,
        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐    Non-binding Arbitration (ADR L.R. 4)
☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
X    Private ADR (*please identify process and provider*)    private mediation; provider under discussion

_____

The parties agree to hold the ADR session by:
☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X    other requested deadline   July 15, 2016 (180 days from Rule 16 case management conference)

Dated: December 17, 2015        LAW OFFICES OF CHARLES J. WISCH

                   _____
                   Charles J. Wisch
                   Attorney for Plaintiff

Dated: December 18, 2015                                    McGUIREWOODS LLP

                                                            _____
                                                            Sean M. Sullivan
                                                            Attorney for Defendant


**[PROPOSED]** ORDER

  ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
  ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated: 12/21/2015                                           _____
                                                            UNITED STATES JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11