1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**

8      **NORTHERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  LAYLA REZVAN, | CASE NO. 3:15-CV-04767-HSG |
| 11  　　　　Plaintiff, | |
| 12  　　　　vs. | **ORDER GRANTING DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| 13  PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; and DOES 1 through 20, inclusive | |
| 14 | |
| 15  　　　　Defendants. | Hearing Date:　January 19, 2016 |
| 16 | Time:　　　　　2:00 p.m.<br>Courtroom:　　15 (18th Floor)<br>Judge:　　　　Hon. Haywood S. Gilliam, Jr. |

17
18
19
20
21
22
23
24
25
26
27
28

73664598.1

**[PROPOSED] ORDER GRANTING DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

**ORDER**

The Court, having received, reviewed and considered Defendant PHILIPS ELECTRONICS NORTH AMERICA CORPORATION's ("Defendant") Administrative Request to Appear Telephonically at Case Management Conference, rules as follows:

Defendant's request for its counsel to appear by telephone at the Case Management Conference, currently scheduled for January 19, 2016 at 2:00 p.m., is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED:**

DATED:  12/22/2015

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

73664598.1

1

[PROPOSED] ORDER GRANTING DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE