United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| LAYLA REZVAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>　　　　　Defendant. | Case No. 15-cv-04767-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on January 19, 2016.  The Court sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Court Deadline |
|---|---|
| Close of Fact Discovery | July 5, 2016 |
| Opening Expert Reports | July 5, 2016 |
| Deadline to Complete Mediation | July 15, 2016 |
| Rebuttal Expert Reports | July 25, 2016 |
| Close of Expert Discovery | August 8, 2016 |
| Hearing Date for Dispositive Motions | September 22, 2016 at 2:00 p.m. |
| Pretrial Conference | December 20, 2016 at 3:00 p.m. |
| Jury Trial | January 9, 2017 at 8:30 a.m.<br>7 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 1/19/2016

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge