# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| LAYLA REZVAN,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>        Defendant. | Case No. 15-cv-04767-HSG   (LB)<br><br>**NOTICE OF DISCOVERY PROCEDURES** |

The district judge referred all discovery matters, including the two pending Discovery Letter Briefs, to the undersigned. (Order of Reference, ECF No. 35; Discovery Letter Briefs, ECF Nos. 34, 36.) For future discovery disputes, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint-letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

ORDER (No. 15-cv-04767-HSG)

1 **IT IS SO ORDERED.**

2 Dated: May 11, 2016

_____
LAUREL BEELER
United States Magistrate Judge