CHARLES J. WISCH, SBN 68050
LAW OFFICES OF CHARLES J. WISCH
425 California Street, 17th Floor
San Francisco, California 94104
Tel (415) 788-1945
Fax (415) 788-1948

Attorneys for Plaintiff Layla Rezvan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA REZVAN,      ) | |
|      ) | |
|     Plaintiff,      ) | Case No. 3:15-cv-04767-HSG |
|      ) | |
|     vs.      ) | PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO |
|      ) | SUBMIT NEWLY RELEASED |
| PHILIPS ELECTRONICS NORTH      ) | JUDICIAL OPINION RELATING TO |
| AMERICA CORPORATION,      ) | OPPOSITION TO DEFENDANT'S |
|      ) | MOTION FOR SUMMARY JUDGMENT |
|     Defendant.      ) | |
| _____ ) | Summary Judgment Hearing Date: submitted September 22, 2016 |

Trial Date:     January 9, 2017

**MOTION**

Plaintiff Layla Rezvan hereby submits the following motion for administrative relief in compliance with Civil LR 7-11, seeking the following relief:  an order authorizing Rezvan to submit the judicial opinion issued by the California Court of Appeal on November 16, 2016, in *Soria v. Univision Radio Los Angeles* (copy attached).

The motion is brought on the following grounds:

1.     The defendant's motion for summary judgment was argued and submitted to the court on September 22, 2016.  No ruling has been received.

1        2.       Civil LR 7-3(d)(2) allows parties to submit as "supplementary material"

2  relevant judicial opinions published *after* the briefing but *before* the hearing.  Otherwise, the rule

3  does not allow submission of newly issued judicial opinions.

4        3.       The hearing was held on September 22, 2016.  The motion remains under

5  submission.

6        4.       The California Court of Appeal issued the attached opinion in *Soria v.*

7  *Univision Radio Los Angeles* yesterday, November 16, 2016.  The facts of the *Soria* case are

8  different from the present case.  However, the Court of Appeal has substantial legal discussion at

9  pages 9 through 15 of the opinion regarding some of the same legal claims at issue here for

10  disability discrimination, failure to accommodate, and failure to engage in the interactive process.

11  That discussion in this newly issued judicial opinion may assist the court with the issues

12  currently under submission on the summary judgment motion.

13        Wherefore, plaintiff requests the court issue an order for administrative relief

14  authorizing Rezvan to submit the attached California Court of Appeal opinion in *Soria v.*

15  *Univision Radio Los Angeles*.

16  Dated: November 17, 2016             Respectfully submitted,

17                           LAW OFFICES OF CHARLES J. WISCH

18

19                           By _____

20                              Charles J. Wisch

21                              Attorneys for Plaintiff Layla Rezvan

22  1191.102

23

24

25

26

27

28



PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO SUBMIT NEWLY RELEASED JUDICIAL
OPINION RELATING TO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT