CHARLES J. WISCH, SBN 68050
LAW OFFICES OF CHARLES J. WISCH
425 California Street, 17th Floor
San Francisco, California 94104
Tel (415) 788-1945
Fax (415) 788-1948

Attorneys for Plaintiff Layla Rezvan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYLA REZVAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>    Defendant. | Case No. 3:15-cv-04767-HSG<br><br>PLAINTIFF'S APPLICATION FOR ORDER PERMITTING PLAINTIFF TO BRING VIDEO EQUIPMENT INTO COURT<br><br>Trial Date:   January 9, 2017 |

       Plaintiff Layla Rezvan, in accordance with HSG Civil Pretrial and Trial Standing Order, Rule 27, hereby applies for an order permitting her to bring a video projector, screen, and related cables and power cords to court for the trial scheduled to commence on January 9, 2017. As discussed at the pretrial conference on December 20, 2016, plaintiff's request is based on the following:

       1.    A large number of the exhibits to be presented are documents that, while displayable on the court's video monitors, would be difficult for the jury to read on those monitors. The projector and screen would be used to supplement those monitors, allowing the jurors to follow the information on those exhibits on the screen, the court's monitors, or both, whichever is of greater assistance to them.

2. The projector and screen would be used in conjunction with, and not instead of, the court's monitors.

3. In cooperation with the court's staff, the projector and screen would be set up in a fashion that they would not obstruct the court's view or movement into the courtroom.

4. The projector and screen would be made available to defendant for its use as well.

Wherefore, plaintiff requests that the court issue the accompanying order allowing the requested additional courtroom technology.

Dated: December 21, 2016   Respectfully submitted,

LAW OFFICES OF CHARLES J. WISCH

By _____
Charles J. Wisch

Attorneys for Plaintiff Layla Rezvan

1191.102

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA